**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD ALONZO MORRIS, | **Case No: 5:14-cv-01294-ODW-JEM** |
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| GTM US HOMES LP et al., | |
| Defendants. | |

1

In light of the parties' failure to comply with the Court's September 23, 2016, Order to Show Cause, and lack of prosecution appearing in the case, **IT IS HEREBY ORDERED** that the entire action and all claims asserted therein are DISMISSED without prejudice.

**IT IS SO ORDERED**.

October 25, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**